UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-24016-UU

RENEE ROBERTS,

    Plaintiff,

v.

P&P GROUP CORP.,

    Defendant.

_____/

### **ORDER**

THIS CAUSE comes before the Court upon Joint Motion for Extension of Time to File Joint Planning and Scheduling Report. D.E. 25.

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises.

ORDERED AND ADJUDGED that Joint Motion for Extension of Time to File Joint Planning and Scheduling Report (D.E. 25) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this _4th_ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf